**Phillip CASH v. STATE.**

No. 13550.

Court of Criminal Appeals of Texas.
May 21, 1930.

Jno. R. Francis, of Houston, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J.

Assault with intent to murder is the offense; penalty, confinement in the penitentiary for a period of eight years.

The indictment is regular and regularly presented. The evidence that was before the

trial court is not brought up for review. No errors in the trial are pointed out or perceived.

The judgment is affirmed.